USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Pamela Williams,

                              Plaintiff,

        -against-

Danby Products Inc.,

                             Defendant.

----------------------------------------------------------------X

20-CV-4399 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light the Notice of Settlement filed on September 3, 2020 (doc. no 15) the Initial Case Management Conference currently scheduled for **September 9, 2020** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               September 8, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge